[No. 10154–4–I.   Division One.   July 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
LEE CALVIN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80–1–00387–1, Marshall Forrest, J., entered February 19, 1981. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Ringold, JJ.


[No. 9244–8–I.   Division One.   July 26, 1982.]

*In the Matter of the Marriage of* JOHN RAYMOND
SCANNELL, *Appellant, and* ROSE MARIE
SCANNELL, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–119573, Shannon Wetherall, J., entered October 14, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Callow, JJ.


[No. 10204–4–I.   Division One.   July 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
GEORGE MILNE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–01741–5, Robert E. Dixon, J., entered April 16, 1981. *Remanded with instructions* by unpublished opinion per Durham, A.C.J., concurred in by Callow and Corbett, JJ.